UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SENATE REPUBLICAN CAMPAIGN
COMMITTEE; KEN SIKKEMA FOR SENATE;
FRED TAYLOR, a registered voter; ROGER
KAHN; FRIENDS OF ROGER KAHN FOR
SENATE; LAURA TOY; LAURA M.
TOY FOR STATE SENATE; JOHN
PAPPAGEORGE FOR STATE SENATE; and
FRIENDS OF JOHN PAPPAGEORGE
FOR STATE SENATE,

               Plaintiffs,

v.

               Case Number 06-14925-BC
               Honorable Thomas L. Ludington

TERRI LYNN LAND, Secretary of State;
SENATE DEMOCRATIC FUND; KEN BROCK;
SENATE DEMOCRATIC FUND TREASURER;
CARL WILLIAMS, CARL WILLIAMS FOR
SENATE; ALEXANDER LIPSEY; CITIZENS FOR
ALEXANDER LIPSEY; BOB SCHOCKMAN;
COMMITTEE TO ELECT BOB SCHOCKMAN;
GRETCHEN WHITMER, COMMITTEE TO ELECT
GRETCHEN WHITMER; MICHAEL SWITALSKI;
COMMITTEE TO ELECT MICHAEL SWITALSKI;
SAMUEL BUZZ THOMAS; COMMITTEE TO ELECT
SAMUEL BUZZ THOMAS; LIZ BRATER; FRIENDS
OF LIZ BRATER; MIKE PRUSI; FRIENDS OF MIKE
PRUSI; GILDA JACOBS; GILDA JACOBS FOR
SENATE; GLENN ANDERSON; GLENN ANDERSON
FOR STATE SENATE; MARK SCHAUER; MARK
SCHAUER FOR STATE SENATE; MARK SLAVENS;
MARK SLAVENS FOR STATE SENATE; ANDY LEVIN;
and FRIENDS OF ANDY LEVIN,

               Defendants.
_____/

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

On November 3, 2006, the Court held a hearing on the plaintiffs' motion for a preliminary injunction. The plaintiffs alleged that some of the defendants made illegal campaign contributions in excess of a state statutory bar, so the plaintiffs requested a preliminary injunction to enjoin those defendants from violating the Michigan Campaign Finance Act, Mich. Comp. Laws § 169.201 *et seq.*, and to require enforcement of that act. The plaintiffs advanced claims based on alleged violations of their First Amendment, equal protection, and due process rights. Because the plaintiffs did not show a substantial likelihood of success on the merits, the Court denied the plaintiffs' motion. *See Leary v. Daeschner*, 228 F.3d 729, 736 (6th Cir. 2000).

Accordingly, it is **ORDERED** that the plaintiffs' motion for a preliminary injunction [dkt #4] is **DENIED**, for the reasons stated on the record. As stated in this Court's order of November 1, 2006, the plaintiff's motion for a temporary restraining order [dkt #4] was previously **DENIED**.

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: November 3, 2006.

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 3, 2006.

s/Tracy A. Jacobs  
TRACY A. JACOBS